## 5946. ATKINSON *et al.,* receivers, *v.* YARBOROUGH.

RUSSELL, C. J. When this case was formerly before this court upon the question as to the correctness of a judgment overruling a general demurrer to the plaintiff's petition (13 *Ga. App.* 781, 80 S. E. 29), the court said, "The question of comparative negligence raised by the pleadings presents issues of fact which can properly be determined only by a jury." The plaintiff offered testimony to sustain all the material allegations of her petition, and, the jury having returned a verdict in her favor, this court can not interfere therewith.          *Judgment affirmed.*

DECIDED MAY 17, 1915.

Action for damages; from city court of Fitzgerald—Judge Griffin. July 3, 1914.

*Bolling Whitfield, Elkins, Wall & Koplin,* for plaintiffs in error.

*Haygood & Cutts, McDonald & Grantham, U. J. Bennett,* contra.